UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 09-14192-CIV-GRAHAM/LYNCH**


ESTATE OF CRAIG FERGUSON,
by and through his personal representative
DEBORAH FERGUSON,

             Plaintiff,

vs.

SHERIFF KEN J. MASCARA, as Sheriff of
ST. LUCIE COUNTY, the ST. LUCIE COUNTY
SHERIFF'S OFFICE and its agents, servants,
employees, employers, officers of St. Lucie
County, Florida, et al., TODD MESLIN and
RONALD SERAPHIN, individually, and in
their official capacities as Deputy Sheriffs of
the St. Lucie County Sheriff's Office,

             Defendants.
_____/

**ORDER ON PLAINTIFF'S FOR LEAVE TO AMEND TO CONFORM THE
PLEADINGS TO THE PROOF AND MEMORANDUM OF LAW IN SUPPORT**

    THIS CAUSE came before the Court upon Plaintiff's *Motion for Leave to Amend to*

*Conform the Pleadings to the Proof and Memorandum of Law in Support* filed on August 26,

2010.

    THE COURT has considered the motion and the pertinent portions of the record, and

being otherwise fully advised in the premises, it is

    **ADJUDGED** that for good cause shown, the motion is **GRANTED.**

    The Second Amended Complaint shall be deemed filed as of the date of this order.

DONE AND ORDERED in Chambers at Miami, Florida, this _____ day of _____,

2010.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

Copies provided to:

All Counsel of Record